Ronald P. Oines (State Bar No. 145016)
roines@rutan.com
Francisco Navarro (State Bar No. 323862)
fnavarro@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Defendants
JASON BLAKE ROTRAMEL, BROKEN
PROMISES CO., LLC, ZUMIEZ INC., and
DOLLS KILL. INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MATTHEW MARKANSON,<br><br>Plaintiff,<br><br>vs.<br><br>JASON BLAKE ROTRAMEL, an individual; BROKEN PROMISES CO., LLC, a California limited liability company; ZUMIEZ INC., a Washington corporation; DOLLS KILL, INC, a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-cv-00309-JFW-AFM<br><br>**DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO COMPLAINT FOR COPYRIGHT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |
|---|---|

Defendants JASON BLAKE ROTRAMEL, BROKEN PROMISES CO., LLC, ZUMIEZ INC., and DOLLS KILL, INC. ("Defendants"), by and through their attorneys, Rutan & Tucker, LLP, answer the complaint of plaintiff MATTHEW MARKANSON ("Plaintiff") as follows:

## ANSWER

### JURISDICTION AND VENUE

1. Defendants admit that Plaintiff purports to assert a claim under the Copyright Act. Except as expressly admitted herein, Defendants deny the allegations of paragraph 1 of the Complaint.

2. Defendants admit that this Court has subject matter jurisdiction over

Rutan & Tucker, LLP
attorneys at law

2118/027565-0015
14671884.1 a02/14/20

-1-

DEFENDANTS' ANSWER TO COMPLAINT
FOR COPYRIGHT INFRINGEMENT

the claim asserted by Plaintiff. Except as expressly admitted herein, Defendants deny the allegations of paragraph 2 of the Complaint.

3. Defendants deny the allegations of paragraph 3 of the Complaint.

**PARTIES**

4. Defendants lack information and belief sufficient to allow them to admit or deny the allegations of paragraph 4 of the Complaint, and on that basis deny such allegations.

5. Defendants deny the allegations of paragraph 5 of the Complaint.

6. Defendants admits that Mr. Rotramel is the owner of Broken Promises. Except as expressly admitted herein, Defendants deny the allegations of paragraph 6 of the Complaint.

7. Defendants admit that Zumiez Inc. is a corporation organized and existing under the laws of Washington and uses the referenced address. Except as expressly admitted herein, Defendants deny the allegations of paragraph 7 of the Complaint.

8. Defendants admit that Dolls Kill, Inc. is a corporation organized and existing under the laws of Delaware and uses the referenced address. Except as expressly admitted herein, Defendants deny the allegations of paragraph 8 of the Complaint.

9. Defendants lack information and belief sufficient to allow them to admit or deny the allegations of paragraph 9 of the Complaint, and on that basis deny such allegations.

10. Defendants deny the allegations of paragraph 10 of the Complaint.

**INFRINGEMENT OF "FLIRTING WITH DEATH"**

11. Defendants deny the allegations of paragraph 11 of the Complaint.

12. Defendants deny the allegations of paragraph 12 of the Complaint.

13. Defendants lack information and belief sufficient to allow them to admit or deny the allegations of paragraph 13 of the Complaint, and on that basis

Rutan & Tucker, LLP
attorneys at law

2118/027565-0015
14671884.1 a02/14/20

-2-

DEFENDANTS' ANSWER TO COMPLAINT
FOR COPYRIGHT INFRINGEMENT

deny such allegations.

## FIRST CLAIM FOR RELIEF

**(For Copyright Infringement – Against All Defendants, and Each)**

14. Defendants incorporate by reference paragraphs 1 through 13 inclusive as set forth above.

15. Defendants deny the allegations of paragraph 15 of the Complaint.

16. Defendants deny the allegations of paragraph 16 of the Complaint.

17. Defendants deny the allegations of paragraph 17 of the Complaint.

18. Defendants deny the allegations of paragraph 18 of the Complaint.

19. Defendants deny the allegations of paragraph 19 of the Complaint.

20. Defendants deny the allegations of paragraph 20 of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

**(Failure to State a Claim for Relief)**

21. The Complaint and the purported claim for relief alleged therein fail to state facts sufficient to constitute any claim for relief.

## SECOND AFFIRMATIVE DEFENSE

**(Innocent Infringement)**

22. To the extent Defendants infringed any copyright belonging to Plaintiff, which Defendants deny, such infringement was innocent.

## THIRD AFFIRMATIVE DEFENSE

**(Lack of Copyrightable Subject Matter)**

23. Plaintiff's claimed work is not copyrightable subject matter.

## FOURTH AFFIRMATIVE DEFENSE

**(Fair Use)**

24. Any use of Plaintiff's design constituted fair use.

Rutan & Tucker, LLP
attorneys at law

2118/027565-0015
14671884.1 a02/14/20

-3-

DEFENDANTS' ANSWER TO COMPLAINT
FOR COPYRIGHT INFRINGEMENT

## FIFTH AFFIRMATIVE DEFENSE

### (Failure to Mitigate)

25. To the extent Plaintiff suffered or is entitled to any damages at all, Plaintiff failed to mitigate his damages.

## SIXTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

26. Plaintiff's claim is barred by the doctrine of unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

### (Breach of Contract)

27. Plaintiff previously entered into an enforceable agreement with Defendants regarding the resolution of Plaintiff's claims that are asserted in this lawsuit. Plaintiff's filing of this lawsuit constitutes a breach of that agreement and precludes Plaintiff from obtaining any of the relief requested in this action.

## EIGHTH AFFIRMATIVE DEFENSE

### (Offset)

28. To the extent Plaintiff is entitled to any amounts, such amounts should be reduced and offset by the damages Defendants have suffered as a result of Plaintiff's breach of the agreement resolving Plaintiff's claims.

## NINTH AFFIRMATIVE DEFENSE

### (Waiver)

29. Plaintiff's claim is barred by the doctrine of waiver.

## TENTH AFFIRMATIVE DEFENSE

### (Release)

30. Plaintiff's claim is barred because he released Defendants from the claims he is asserting in this case.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Estoppel)

31. Plaintiff's claim is barred by the doctrine of estoppel, including

Rutan & Tucker, LLP
attorneys at law

2118/027565-0015
14671884.1 a02/14/20

-4-

DEFENDANTS' ANSWER TO COMPLAINT
FOR COPYRIGHT INFRINGEMENT

promissory estoppel.

## TWELFTH AFFIRMATIVE DEFENSE

### (Improper Venue)

32. The Central District of California, Western Division, is not the proper venue for this matter.

## ADDITIONAL DEFENSES

33. Defendants allege that there may be additional affirmative defenses to Plaintiff's alleged claim for relief which are currently unknown to Defendants. Defendants reserve the right to amend this Answer to allege additional affirmative defenses in the event discovery or other information indicates they are appropriate.

## PRAYER

**WHEREFORE**, Defendants pray for the following relief on their Answer to the Complaint:

    a. That Plaintiff take nothing by his Complaint, and that the Complaint be dismissed with prejudice and judgment be entered in Defendants' favor;

    b. That Defendants be awarded costs of suit herein;

    c. That Defendants be awarded their attorneys' fees pursuant to all applicable statutes and otherwise, including the Copyright Act and as damages for Plaintiff's breach of contract; and

    d. Such other and further relief as this Court deems just and proper.

Dated: February 14, 2020

RUTAN & TUCKER, LLP
RONALD P. OINES
FRANCISCO NAVARRO

By:    */s/ Ronald P. Oines*
        Ronald P. Oines
Attorneys for Defendants JASON BLAKE ROTRAMEL, BROKEN PROMISES CO., LLC, ZUMIEZ INC., and DOLLS KILL, INC.

# **DEMAND FOR JURY TRIAL**

Defendants hereby demand a trial by jury.

Dated: February 14, 2020

RUTAN & TUCKER, LLP
RONALD P. OINES

By: */s/ Ronald P. Oines*
    Ronald P. Oines
    Attorneys for Defendants
    JASON BLAKE ROTRAMEL,
    BROKEN PROMISES CO., LLC,
    ZUMIEZ INC., and DOLLS KILL,
    INC.

Rutan & Tucker, LLP
attorneys at law

2118/027565-0015
14671884.1 a02/14/20

-1-

DEFENDANTS' ANSWER TO COMPLAINT
FOR COPYRIGHT INFRINGEMENT