| | |
|---|---|
| 1 | Ronald P. Oines (State Bar No. 145016) |
|  | roines@rutan.com |
| 2 | Francisco Navarro (State Bar No. 323862) |
|  | fnavarro@rutan.com |
| 3 | RUTAN & TUCKER, LLP |
|  | 611 Anton Boulevard, Suite 1400 |
| 4 | Costa Mesa, California 92626-1931 |
|  | Telephone: 714-641-5100 |
| 5 | Facsimile: 714-546-9035 |
| 6 | Attorneys for Defendants |
| 7 | JASON BLAKE ROTRAMEL, BROKEN PROMISES CO., LLC, ZUMIEZ INC., and DOLLS KILL, INC. |
| 8 | |
| 9 | Stephen M. Doniger (State Bar No. 179314) |
|  | stephen@donigerlawfirm.com |
|  | Scott A Burroughs (State Bar No. 235718) |
| 10 | scott@donigerlawfirm.com |
|  | Elina E. Kharit (State Bar No. 261029) |
| 11 | ekharit@donigerlawfirm.com |
|  | DONIGER / BURROUGHS |
| 12 | 603 Rose Avenue |
|  | Venice, CA  90291 |
| 13 | Telephone: 310-590-1820 |
| 14 | Attorneys for Plaintiff |
|  | MATTHEW MARKANSON |
| 15 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MARKANSON, | Case No. 2:20-cv-00309-JFW-AFM |
| Plaintiff, | **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AND ENTRY OF JUDGMENT** |
| vs. | |
| JASON BLAKE ROTRAMEL, an individual; BROKEN PROMISES CO., LLC, a California limited liability company; ZUMIEZ INC., a Washington corporation; DOLLS KILL, INC, a Delaware corporation; and DOES 1 through 10, | |
| Defendants. | |

All of the parties to this action, by and through their respective counsel of record, hereby stipulate to dismissal of this entire action with prejudice, and entry of judgment in the amount of twenty-one thousand dollars ($21,000.00) in favor of Defendant BROKEN PROMISES CO, LLC. and against Plaintiff MATTHEW MARKANSON.  With the entry of said judgment, all parties shall otherwise bear their own costs and fees.

**IT IS SO STIPULATED.**

Pursuant to Local Rule 5-4.3.4, the filer attest on the signature page of this document that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  October 6, 2020

RUTAN & TUCKER, LLP
RONALD P. OINES
FRANCISCO NAVARRO

By:        /s/ Ronald P. Oines
Ronald P. Oines
Attorneys for Defendants
JASON BLAKE ROTRAMEL, BROKEN PROMISES CO., LLC, ZUMIEZ INC., and DOLLS KILL, INC.

Dated:  October 6, 2020

DONIGER / BURROUGHS
STEPHEN M. DONIGER
SCOTT A BURROUGHS
ELINA E. KHARIT

By:        /s/ Stephen M Doniger
Stephen M. Doniger
Attorneys for Plaintiff
MATTHEW MARKANSON