JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW MARKANSON,<br><br>Plaintiff,<br><br>vs.<br><br>JASON BLAKE ROTRAMEL, an individual; BROKEN PROMISES CO., LLC, a California limited liability company; ZUMIEZ INC., a Washington corporation; DOLLS KILL, INC, a Delaware corporation; and DOES 1 through 10,<br><br>Defendants. | Case No. 2:20-cv-00309-JFW-AFM<br><br>[PROPOSED] JUDGMENT |

In light of the parties' Stipulation for Dismissal of Entire Action With Prejudice and Entry of Final Judgment, and good cause having been shown, the Court hereby enters final judgment in this matter as follows:

It is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. This entire action is dismissed with prejudice;

2. Judgment is hereby entered in the amount of twenty-one thousand dollars ($21,000.00) in favor of Defendant BROKEN PROMISES CO., LLC and against Plaintiff MATTHEW MARKANSON

Dated: October 7, 2020

_____
United States District Court Judge

Rutan & Tucker, LLP
attorneys at law

Error! Unknown document property name./Error! Unknown document property name.-Error! Unknown document property name.
Error! Unknown document property name..Error! Unknown document property name.-10/07/20

-1-          JUDGMENT